IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BARON BRAND, | : | Case No. 1:21-cv-222 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

### ENTRY AND ORDER ADOPTING
### REPORT AND RECOMMENDATION (DOC. 5)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **TRANSFERS** Petitioner's Writ of Habeas Corpus to the United States Court of Appeals for the Sixth Circuit for review and determination of whether the district court may consider the successive claims for relief.

IT IS SO ORDERED.

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

By: _____
            JUDGE MATTHEW W. McFARLAND